UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGATH ASHIRWAD, an individual; ERIC LOPEZ, an individual; and JEREMIAH MARCHESANO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware Limited Liability Company; CHARTER COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 21-cv-02101-AJB-DDL<br><br>**ORDER LIFTING STAY OF PROCEEDINGS AS TO PLAINTIFFS JAGATH ASHIRWAD, ERIC LOPEZ, AND JEREMIAH MARCHESANO FOR THE LIMITED PURPOSE OF PROVIDING THEM AN OPPORTUNITY TO FILE A MOTION TO SET ASIDE THE COURT'S ORDER COMPELLING ARBITRATION** |

On March 20, 2023, the Court granted Defendants' motion to compel arbitration as to Jagath Ashirwad, Eric Lopez, and Jeremiah Marchesano (collectively, "Plaintiffs"). (Doc. No. 80.) The Court thus stayed the action as to Plaintiffs and ordered the parties to provide a joint status report of the arbitration progress every 90 days from the date of the Order. (*Id.*) Considering the parties' filing of a joint statement concerning the arbitration progress, the Court **VACATES** the order to show cause hearing scheduled for July 17,

2023. The joint statement makes clear the parties dispute which of them must initiate the arbitration proceedings. (Doc. No. 99.) There being no progress towards arbitration, the Court deems it appropriate to lift the stay in this case for the limited purpose of affording Plaintiffs an opportunity to file a motion to set aside the Court's March 20, 2023 Order compelling arbitration, on the basis of waiver. Accordingly, the Court enters the following orders:

- The stay of proceedings with respect to Plaintiffs Jagath Ashirwad, Eric Lopez, and Jeremiah Marchesano is **LIFTED** for the sole purpose of permitting the filing of a motion to set aside the Court's March 20, 2023 Order, briefing, and hearing.
- Plaintiffs must file any motion to set aside <u>no later than July 28, 2023</u>. Consistent with this court's chambers rules, Plaintiffs must call chambers on the day of filing to obtain a motion hearing date.
- Defendants must file any opposition <u>no later than August 11, 2023</u>.
- Plaintiffs must file any reply <u>no later than August 18, 2023</u>.

**IT IS SO ORDERED**.

Dated: July 12, 2023

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge

2

21-cv-02101-AJB-DDL